IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY WILLIAMS,

    Plaintiff,

v.   Case No. 4:16cv377-MW/CAS

STATE OF FLORIDA, et al.,

    Defendants.

_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections or motions having been filed by either party,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED** without prejudice." The Clerk shall close the file.

SO ORDERED on September 20, 2016.

                                                 s/Mark E. Walker            ____
                                                 United States District Judge